IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bernstein, Ronald L | Case Number: 04 B 08856 |
| Bernstein, DeAnne E | Judge: Squires, John H |
| Printed: 01/22/09 | Filed: 3/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 31, 2008
Confirmed: May 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 36,550.00 | |
| Secured: | | 30,839.08 |
| Unsecured: | | 203.08 |
| Priority: | | 1,780.65 |
| Administrative: | | 1,797.00 |
| Trustee Fee: | | 1,922.67 |
| Other Funds: | | 7.52 |
| Totals: | 36,550.00 | 36,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,797.00 | 1,797.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 23,819.57 | 23,819.57 |
| 4. | Bank One | Secured | 7,019.51 | 7,019.51 |
| 5. | Internal Revenue Service | Priority | 1,432.20 | 1,432.20 |
| 6. | Illinois Dept of Revenue | Priority | 348.45 | 348.45 |
| 7. | Illinois Dept of Revenue | Unsecured | 55.20 | 55.20 |
| 8. | Bank One | Unsecured | 0.19 | 0.19 |
| 9. | Internal Revenue Service | Unsecured | 147.69 | 147.69 |
| | | | $ 34,619.81 | $ 34,619.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 99.60 |
| 6.5% | 467.00 |
| 3% | 75.15 |
| 5.5% | 315.70 |
| 5% | 82.50 |
| 4.8% | 79.20 |
| 5.4% | 630.10 |
| 6.6% | 173.42 |
| | $ 1,922.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bernstein, Ronald L | Case Number: 04 B 08856 |
|---|---|---|
| | Bernstein, DeAnne E | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 3/5/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

